IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02509-WYD-BNB

WILLARD B. BEATTY, JR.; and
GAYLE F. BEATTY,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal
(docket #8), filed February 19, 2008.  After carefully reviewing the above-captioned
case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this
stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal (docket #8) is **APPROVED** and this
matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and
attorneys' fees.

    Dated:  February 22, 2008

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge